IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHIRLEY GILBERT

VS                    NO. 4:04CV00673 GH

UNITED STATES OF AMERICA

## **ORDER**

The Court having been advised that the above cause of action has been settled, it is hereby dismissed with prejudice. If any party desires that the terms of the settlement become a part of the record herein, they should be reduced to writing and filed with the Court within 60 days of this order.

DATED: SEPTEMBER 16, 2005

AT THE DIRECTION OF THE COURT

JAMES W. MCCORMACK, CLERK


BY:/s/ Patricia L. Murray
   COURTROOM DEPUTY CLERK